# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### Philadelphia Division

| | |
|---|---|
| Teimuraz Mukhiashvili,<br><br>                               Debtor. | Case No. 25-15284-AMC<br>Chapter 13 |

### Certificate of Service

I, Michael A. Cibik, certify that on January 9, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: January 9, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Method of Service - CM/ECF:**

**U.S. Trustee**

Robert NC Nix, Sr. Federal Building 900
Market Street
Suite 320
Philadelphia, PA 19107

**Scott F. Waterman**

2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

**Method of Service - First Class Mail:**

Affirm, Inc.
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Discover Financial
Attn: Bankruptcy
2500 Lake Cook Rd
Riverwoods, IL 60015-3851

U.S. Small Business Admin.
Re: Bankruptcy
409 3rd St SW
Washington, DC 20416-0011

Bank of America
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

GM Financial
P O Box 183853
Arlington, TX 76096

U.S. Bank, N.A.
P.O. Box 5229
Cincinnati, OH 45201

BMO Bank N.A.
Re: Bankruptcy
P.O. Box 6201
Carol Stream, IL 60197-6201

Goldman Sachs Bank USA
Attn: Bankruptcy
200 West St
New York, NY 10282-2102

Verizon
c/o American InfoSource
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

Volvo Car Financial Sv
Re: Bankruptcy
1 Volvo Dr
Rockleigh, NJ 07647-2507

Citibank/Best Buy
Citicorp Cr Srvs/Centralized Bankruptcy
PO Box 790040
St Louis, MO 63179-0040

Pennsylvania Department of Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Concora Credit
Genesis FS Card Services PO Box 4477
Beaverton, OR 97076-4477

Syncb/Verizon
Attn: Bankruptcy Department
P.O. Box 965065
Orlando, FL 32896-5065

Credit One Bank
Attn: Bankruptcy
6801 S Cimarron Rd
Las Vegas, NV 89113-2273

Synchrony Bank/Gap
Attn: Bankruptcy Dept
P.O. Box 965065
Orlando, FL 32896-5065

Cws/cw Nexus
Po Box 9201
Old Bethpage, NY 11804

Synchrony/PayPal Credit
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896-5064