**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Teimuraz Mukhiahvili, | Chapter 13 |
| Debtor | Case No. 25-15284 |

**PRAECIPE TO AMEND ADDRESS**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly amend the following address on the case mailing list.

| **Old Address**: | **New Address:** |
|---|---|
| 9906 Bustleton Avenue, Apt. F7 | 233 Township Line Road, Apt 4C |
| Philadelphia, PA 19115 | Elkins Park, PA 19027 |

Date: February 12, 2026

CIBIK LAW, P.C.
Attorney for Debtor

By: /s/ Michael A. Cibik
Michael A. Cibik, Esquire
Attorney I.D. 23110
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
P: 215-735-1060/F: 215-735-6769
E: cibik@cibiklaw.com