UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

     Teimuraz Mukhiashvili

           Debtor

Chapter 13

Bankruptcy No. 25-15284-AMC

<u>ORDER</u>

Upon consideration of the Objection of Scott F. Waterman, Esq., Standing Chapter 13

Trustee,  to Debtor's Plan and after notice and hearing, it is ORDERED that the Plan is denied.

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE