UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter 13
    Teimuraz Mukhiashvili                     Bankruptcy No.25-15284-AMC


        Debtor

CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection*

*of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case

has been served this 11th day of May, 2026, by first class mail upon those listed below:


Teimuraz Mukhiashvili
233 Township Line Road
Apt 4C
Elkins Park, PA  19027

**Electronically via CM/ECF System Only:**

CIBIK LAW, PC
% MICHAEL A CIBIK ESQ
1500 WALNUT STREET STE 900
PHILADELPHIA, PA  19102


                    */s/ Kristen Gliem*
                    Kristen Gliem
                    for
                    Scott F. Waterman, Esquire
                    Standing Chapter 13 Trustee