**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
--------------------------------------------------------x
In re:                                    :
                                          :        Chapter 13
                                          :
     TEIMURAZ MUKHIASHVILI,               :
                                          :
                                          :        Case No. 25-15284 (AMC)
                        Debtor.           :
--------------------------------------------------------x
```

**THE CITY OF PHILADELPHIA'S**
**OBJECTION TO THE PROPOSED FIRST AMENDED CHAPTER 13 PLAN**

TO THE HONORABLE ASHELY M. CHAN:

AND NOW, comes the City of Philadelphia, (the "City"), a priority creditor in the above-captioned case, by and through its Counsel, Megan N. Harper, Divisional Deputy City Solicitor, pursuant to Bankruptcy Code §§ 1308(a), 1322(a) and L.B.R. 3015-4, to object to the proposed First Amended Chapter 13 Plan (the "Plan"), of the above-captioned debtor, (the "Debtor"). The City avers the following in support thereof:

1. On December 31, 2025, the Debtor filed a voluntary petition (the "Petition") for Chapter 13 bankruptcy with this Court.

2. On June 8, 2026, the City filed a claim in the amount of $105.90 that included a priority claim pursuant to Section 507(a)(8) of the Bankruptcy Code for School Income Tax and a general unsecured claim for Net Profits Tax. A true and correct copy of the claim (the "Claim") is attached hereto as **Exhibit A**.

3. The Claim also included unliquidated, non-filed business tax returns for Business Income and Receipts Tax and Net Profit Tax for which the Debtor was obligated to file returns but has failed to do so (the "Claim") and is marked as **Exhibit A**.

4.      A portion of the unliquidated claim would be a priority claim pursuant to Section 507(a)(8) of the Bankruptcy Code.

5.      As neither the Debtor nor another party in interest has objected to the Claim, it is deemed allowed. See 11 U.S.C. § 502(a).

6.      As of June 9, 2026, the Debtor failed to file the following required tax returns with the City of Philadelphia:

> **Business Income and Receipts Tax** return for the periods: 12/31/2015, 12/31/2016, 12/31/2017, 12/31/2018, 12/31/2019, 12/31/2020, 12/31/2021, 12/31/2022, 12/31/2023, 12/31/2024 &  12/31/2025
>
> **Net Profits Tax** return for the periods: 12/31/2017, 12/31/2019, 12/31/2024 & 12/31/2025

7.      The Plan should not be confirmed as the Debtor has failed to file all tax returns for all taxable periods during the four (4) year period ending on the date the petition was filed. See 11 U.S.C. § 1308(a).

8.      A proposed plan must "provide for the full payment . . . of all claims entitled to priority" unless the claim holder agrees otherwise. See 11 U.S.C. § 1322(a)(2).

9.      The Plan should not be confirmed until all priority tax claims under 11 U.S.C. § 507 are provided for in the plan. See 11 U.S.C. § 1322(a)(2).

WHEREFORE, the City respectfully requests that this Court DENY confirmation of the

Plan.

Respectfully submitted,

THE CITY OF PHILADELPHIA

Dated: June 9, 2026              By:    *Megan N. Harper*
                                    MEGAN N. HARPER
                                    Divisional Deputy City Solicitor
                                    PA Attorney I.D. 81669
                                    Attorney for the City of Philadelphia
                                    City of Philadelphia Law Department
                                    Municipal Services Building
                                    1401 JFK Boulevard, 5th Floor
                                    Philadelphia, PA  19102-1595
                                    215-686-0503 (phone)
                                    Email: Megan.Harper@phila.gov

**L.B.F. 9014-4**

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA**

-------------------------------------------------------x
In re:                                                            :
                                                                     :                Chapter 13
                                                                     :
TEIMURAZ MUKHIASHVILI,                      :
                                                                     :
                                                                     :                Case No. 25-15284 (AMC)
                                    Debtor.          :
-------------------------------------------------------x

\*   \*   \*   \*   \*   \*   \*

**CERTIFICATION OF SERVICE**

       I, _Megan N. Harper_ , certify that on June 9, 2026 , I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- The City of Philadelphia's Objection to The Proposed First Amended Chapter 13 Plan

- Exhibit A, City of Philadelphia's Proof of Claim, filed June 8, 2026.

       I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

                            Respectfully submitted,

                            THE CITY OF PHILADELPHIA

Dated: June 9, 2026              _/s/ Megan N. Harper_
                            MEGAN N. HARPER
                            Divisional Deputy City Solicitor
                            PA Attorney I.D. 81669
                            Attorney for the City of Philadelphia

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Name: SCOTT F. WATERMAN

Address: Office of the Chapter 13 Standing Trustee

  2901 St. Lawrence Ave.– Suite 100

Reading, PA 19606

Relationship of Party: Chapter 13 Trustee

Via:  ~~CM/ECF~~  1st Class Mail  Certified Mail  e-mail: Other:

Name: UNITED STATES TRUSTEE

Address: Office of United States Trustee

  Robert N.C. Nix Federal Building

  900 Market Street – Suite 320

  Philadelphia, PA 19107

Relationship of Party: United States Trustee

Via:  ~~CM/ECF~~  1st Class Mail  Certified Mail  e-mail: Other:

Name: MICHAEL A. CIBIK

Address: 1500 Walnut Street, Suite 900

Philadelphia, PA 19102

Relationship of Party: Debtor's Counsel of Record

Via:  ~~CM/ECF~~  1st Class Mail  Certified Mail  e-mail: Other:

Name: Teimuraz Mukhiashvili

Address: 233 Township Line Road, Apt. 4C

Elkins Park, PA 19027

Relationship of Party:

Via:  CM/ECF  ~~1st Class Mail~~  Certified Mail  e-mail: Other: