Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Teimuraz Mukhiashvili
233 Township Line Road
Apt 4C
Elkins Park, PA 19027

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-15284-AMC**

Petition Filed Date: 12/31/2025
341 Hearing Date: 02/13/2026
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/17/2026 | $1,425.00 | | 03/31/2026 | $1,429.00 | | 03/31/2026 | $1,429.00 | |
| 04/27/2026 | $1,429.00 | | 05/22/2026 | $1,429.00 | | 06/23/2026 | $1,429.00 | |
| 07/22/2026 | $1,429.00 | | | | | | | |

**Total Receipts for the Period: $9,999.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $11,428.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $846.08 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $76.30 | $0.00 | $0.00 |
| 3 | AMERICREDIT FINANCIAL SERVICES<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | BMO HARRIS BANK NA<br>»» 003 | Unsecured Creditors | $114,065.26 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP LLC<br>»» 004 | Unsecured Creditors | $1,064.19 | $0.00 | $0.00 |
| 6 | QUANTUM3 GROUP LLC<br>»» 005 | Unsecured Creditors | $901.45 | $0.00 | $0.00 |
| 7 | QUANTUM3 GROUP LLC<br>»» 006 | Unsecured Creditors | $394.89 | $0.00 | $0.00 |
| 8 | US BANK HOME MORTGAGE<br>»» 007 | Secured Creditors | $331.13 | $0.00 | $0.00 |
| 9 | JP MORGAN CHASE BANK NA<br>»» 008 | Unsecured Creditors | $6,989.76 | $0.00 | $0.00 |
| 10 | UNITED STATES TREASURY (IRS)<br>»» 009 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 11 | AFFIRM INC<br>»» 010 | Unsecured Creditors | $3,072.56 | $0.00 | $0.00 |
| 12 | LVNV FUNDING LLC<br>»» 011 | Unsecured Creditors | $484.71 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-15284-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | MERRICK BANK<br>»» 012 | Unsecured Creditors | $1,582.13 | $0.00 | $0.00 |
| 14 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 013 | Unsecured Creditors | $11,904.76 | $0.00 | $0.00 |
| 15 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 014 | Unsecured Creditors | $1,217.30 | $0.00 | $0.00 |
| 16 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 015 | Unsecured Creditors | $2,428.87 | $0.00 | $0.00 |
| 17 | VERIZON BY AIS AS AGENT<br>»» 016 | Unsecured Creditors | $2,689.98 | $0.00 | $0.00 |
| 18 | VERIZON BY AIS AS AGENT<br>»» 017 | Unsecured Creditors | $129.38 | $0.00 | $0.00 |
| 19 | BANK OF AMERICA NA<br>»» 018 | Unsecured Creditors | $17,520.58 | $0.00 | $0.00 |
| 20 | BANK OF AMERICA NA<br>»» 019 | Unsecured Creditors | $12,397.78 | $0.00 | $0.00 |
| 21 | BANK OF AMERICA NA<br>»» 020 | Unsecured Creditors | $7,708.65 | $0.00 | $0.00 |
| 22 | LVNV FUNDING LLC<br>»» 021 | Unsecured Creditors | $5,464.58 | $0.00 | $0.00 |
| 23 | CITY OF PHILADELPHIA (LD)<br>»» 22P | Priority Crediors | $77.49 | $0.00 | $0.00 |
| 24 | CITY OF PHILADELPHIA (LD)<br>»» 22U | Unsecured Creditors | $105.90 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,428.00 | Current Monthly Payment: | $1,429.00 |
| Paid to Claims: | $0.00 | Arrearages: | ($1,425.00) |
| Paid to Trustee: | $879.93 | Total Plan Base: | $85,740.00 |
| Funds on Hand: | $10,548.07 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.